IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATS OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 90 CR 57 |
| EDDIE LEE FRYER, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Eddie Lee Fryer ("Fryer") has just submitted still another pro se effort to obtain post-conviction relief, this time claiming that this Court lacked jurisdiction to sentence him in one respect back in 1991. But the problem with Fryer's presentment of that motion to this District Court is that 28 U.S.C. § 2255[1] extends not only to claims that a sentence was imposed in violation of the Constitution but also to claims asserting "that the court was without jurisdiction to impose such sentence." And because Fryer has already brought and lost motions under Section 2255, both Section 2244(b)(3) and the final paragraph of Section 2255 prohibit the filing of the current motion in this District Court until Fryer first moves in the Court of Appeals for an order authorizing the District Court to consider the application.

Accordingly this Court cannot accept Fryer's current motion

---

[1] Further references to Title 28 provisions will simply take the form "Section --."

for filing. But to spare him the added trouble and expense of having to redo his current papers entirely, this Court will retain the current submission pending Fryer's preparation and submission of a proper motion directed to the Court of Appeals. As and when he does so, this Court will cause the current premature motion to be attached to that submission to enable the Court of Appeals to give fully informed consideration to Fryer's Section 2244(b)(3) motion.

                                                       _____
                                                       Milton I. Shadur
                                                       Senior United States District Judge

ENTERED: February 11, 2005

C:\WPTEXT\Fryer8.wpd